# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |

| | |
|---|---|
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Automatic Transmission Fluid Warmers | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Ceramic Substrates | 2:16-cv-03800 |

This Document Relates to:
All Actions

## DEFENDANTS' MOTION TO SEAL (IN PART) CERTAIN DOCUMENTS FILED UNDER SEAL

Defendants hereby move for leave to seal (in part) certain documents that the parties previously filed under seal in the above-captioned actions.

1.    In support of this motion, Defendants rely on the accompanying memorandum of law, which Defendants incorporate by reference herein.

2.      As Local Rule 7.1(a) requires, counsel for Defendants sought concurrence from Plaintiffs regarding this motion.   Defendants informed Plaintiffs on a meet-and-confer teleconference on October 13, 2016 that they intended to seek relief keeping portions of these documents under seal.  Plaintiffs did not raise any concerns about the relief that Defendants seek.

Respectfully submitted,

Dated: January 26, 2017

*/s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North Carolina Inc.*

Steven M. Zarowny
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International America, Inc.*

ii

*/s/ Barry A. Pupkin* (w/consent)
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan*
*Corporation of America, Franklin Precision*
*Industry, Inc., and Hyundam Industrial Co., Ltd.*


*/s/ Steve A. Reiss* (w/consent)
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR RUSSELL & WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei*
*Corporation and Calsonic Kansei North*
*America, Inc.*


*/s/ Ronald M. McMillan* (w/consent)
John J. Eklund (OH 0010895)
Maura L. Hughes (OH 0061929)

iii

Ronald M. McMillan (OH 0072437)
Alexander B. Reich (OH 0084869)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
rmcmillan@calfee.com
areich@calfee.com

*Counsel for Defendant Continental Automotive
Systems, Inc., Continental Automotive
Electronics, LLC and Continental Automotive
Korea Ltd.*


*/s/ William M. Sullivan Jr.* (w/consent)
William M. Sullivan Jr.
Michael L. Sibarium
Jeetander T. Dulani
Adya S. Baker
**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com
adya.baker@pillsburylaw.com

*Counsel for Defendants Mikuni Corporation
and Mikuni America Corporation*


*/s/ George A. Nicoud* (w/consent)
George A. Nicoud III
Rachel S. Brass
Austin Schwing
Caeli A. Higney
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel.: (415) 393-8200
Fax: (415) 393-8306
TNicoud@gibsondunn.com
RBrass@gibsondunn.com
ASchwing@gibsondunn.com
CHigney@gibsondunn.com

iv

*Counsel for Defendants Mitsuba Corporation
and American Mitsuba Corporation*


*/s/ Terrence J. Truax* (w/consent)
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
**ZAUSMER, AUGUST & CALDWELL, P.C.**
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com

*Counsel for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US Holdings,
Inc., and Mitsubishi Electric Automotive
America, Inc.*


*/s/ William L. Monts* (w/consent)
William L. Monts
Benjamin F. Holt
Meghan E.F. Rissmiller
**HOGAN LOVELLS US LLP**
555 Thirteenth St., NW
Washington, DC 20004-1109
(202) 637-5600
willam.monts@hoganlovells.com
benjamin.holt@hoganlovells.com
meghan.rissmiller@hoganlovells.com

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Lauren Park Drive
Suite 215
Livonia, MI 48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries, Ltd;
Mitsubishi Heavy Industries America, Inc.; and*

*Mitsubishi Heavy Industries Climate Control, Inc.*

/s/ *Jeffrey L. Kessler* (w/consent)
Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t)
(212) 294-4700 (f)
JKessler@winston.com
PVictor@winston.com
EWCole@winston.com
JAmato@winston.com

Brandon Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
BDuke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

/s/ *Marguerite M. Sullivan* (w/consent)
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

/s/ *Howard B. Iwrey* (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Toyo Denso Co., Ltd.*

vi

*and Weastec, Inc.*

/s/ Sheldon H. Klein (w/consent)
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai
Rika Co., Ltd.*

/s/ Brian Byrne (w/consent)
Brian Byrne
Ryan M. Davis
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1850
Facsimile: (202) 974-1999
bbyrne@cgsh.com
rmdavis@cgsh.com

/s/ Howard B. Iwrey (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Valeo Japan Co., Ltd.,
Valeo Inc., Valeo Electrical Systems, Inc., and
Valeo Climate Control Corp.*

/s/ *John M. Majoras* (w/ consent)
John M. Majoras
Carmen G. McLean
Michael R. Shumaker
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com
mrshumaker@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendants Yazaki Corporation
and Yazaki North America, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |

| | |
|---|---|
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Automatic Transmission Fluid Warmers | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Ceramic Substrates | 2:16-cv-03800 |

This Document Relates to:
All Actions

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANTS' MOTION TO SEAL (IN PART)**
**CERTAIN DOCUMENTS FILED UNDER SEAL**

## **STATEMENT OF THE ISSUES PRESENTED**

Should the Court, consistent with its prior rulings, allow portions of certain documents that the parties previously filed under seal to remain under seal on the grounds that the information sought to be kept under seal implicates the privacy interests of non-party individuals?

Answer: Yes.

The undersigned Defendants in later-filed actions respectfully file this Motion and adopt and incorporate the arguments asserted in *Wire Harnesses* Defendants' Motion to Seal (In Whole or In Part) Certain Documents Previously Filed Under Seal, 2:12-cv-00101-MOB-MKM, ECF No. 399 (Jan. 26, 2017) with respect to names of non-party individuals who were not indicted by the Department of Justice ("DoJ").

As the Court has previously ruled, to protect the privacy interests of non-parties, the names and identifying information of certain individuals identified in a previously filed document should remain under seal. *See* Order Granting DENSO Corporation and DENSO International America, Inc.'s Motion to Maintain Certain Information Under Seal, 2:12-cv-00101-MOB-MKM, ECF No. 366 (Dec. 28, 2016). Public disclosure of the names of these non-parties who were not indicted by the DoJ would cause unnecessary embarrassment, and could result in reputational or professional harm for these individuals, and there is no public interest in the disclosure of these individuals' names. For these reasons, and the reasons articulated in the *Wire Harnesses* Defendants' Motion, the Court should maintain under seal the names of unindicted individuals contained in the following documents:

- 2:12-md-02311-MOB-MKM, ECF No. 1162, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:12-cv-00202-MOB-MKM, ECF No. 30, Automobile Dealers Consolidated Class Complaint
- 2:12-cv-00202-MOB-MKM, ECF No. 89, Dealership Plaintiffs' Second Consolidated Class Complaint
- 2:12-cv-00202-MOB-MKM, ECF No. 142, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:12-cv-00203-MOB-MKM, ECF No. 132, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:12-cv-00302-MOB-MKM, ECF No. 40, Dealership Consolidated Class Complaint
- 2:12-cv-00302-MOB-MKM, ECF No. 111, Dealership Second Consolidated Class Complaint
- 2:12-cv-00302-MOB-MKM, ECF No. 144, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints

- 2:12-cv-00303-MOB-MKM, ECF No. 107, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:12-cv-00402-MOB-MKM, ECF No. 180, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:12-cv-00403-MOB-MKM, ECF No. 137, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-00702-MOB-MKM, ECF No. 52, Consolidated Amended Class Action Complaint
- 2:13-cv-00702-MOB-MKM, ECF No. 59, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-00703-MOB-MKM, ECF No. 41, Consolidated Amended Class Action Complaint
- 2:13-cv-00703-MOB-MKM, ECF No. 57, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-00703-MOB-MKM, ECF No. 116, Second Consolidated Amended Class Action Complaint
- 2:13-cv-00703-MOB-MKM, ECF No. 118, Second Consolidated Amended Class Action Complaint
- 2:13-cv-00902-MOB-MKM, ECF No. 32, Dealership Consolidated Class Complaint
- 2:13-cv-00902-MOB-MKM, ECF No. 48, Dealership Consolidated Class Complaint
- 2:13-cv-00902-MOB-MKM, ECF No. 86, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-00903-MOB-MKM, ECF No. 46, Consolidated Amended Class Action Complaint
- 2:13-cv-00903-MOB-MKM, ECF No. 60, Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-00903-MOB-MKM, ECF No. 109, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01002-MOB-MKM, ECF No. 98, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01003-MOB-MKM, ECF No. 108, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01102-MOB-MKM, ECF No. 50, Consolidated Amended Class Action Complaint
- 2:13-cv-01102-MOB-MKM, ECF No. 57, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01103-MOB-MKM, ECF No. 51, Consolidated Amended Class Action Complaint

- 2:13-cv-01103-MOB-MKM, ECF No. 73, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01103-MOB-MKM, ECF No. 134, Second Consolidated Amended Class Action Complaint
- 2:13-cv-01103-MOB-MKM, ECF No. 136, Second Consolidated Amended Class Action Complaint
- 2:13-cv-01402-MOB-MKM, ECF No. 54, Consolidated Amended Class Action Complaint
- 2:13-cv-01402-MOB-MKM, ECF No. 63, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01403-MOB-MKM, ECF No. 40, Consolidated Amended Class Action Complaint
- 2:13-cv-01403-MOB-MKM, ECF No. 56, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01502-MOB-MKM, ECF No. 73, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01503-MOB-MKM, ECF No. 65, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01702-MOB-MKM, ECF No. 142, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01703-MOB-MKM, ECF No. 122, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01802-MOB-MKM, ECF No. 14, Dealership Consolidated Class Complaint
- 2:13-cv-01802-MOB-MKM, ECF No. 43, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-01803-MOB-MKM, ECF No. 18, Consolidated Amended Class Action Complaint
- 2:13-cv-01803-MOB-MKM, ECF No. 58, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02200-MOB-MKM, ECF No. 66, Defendant Mikuni Corporation and Mikuni America Corporation's Motion to Dismiss the Consolidated Amended Complaints
- 2:13-cv-02202-MOB-MKM, ECF No. 23, Dealership Consolidated Class Complaint
- 2:13-cv-02202-MOB-MKM, ECF No. 32, Dealership Consolidated Class Complaint
- 2:13-cv-02202-MOB-MKM, ECF No. 69, End-Payor and Automobile Dealer Plaintiffs' Memorandum of Law In Opposition to Mitsuba Corporation and American Mitsuba Corporation's Motion to Dismiss the Consolidated Class Action Complaints
- 2:13-cv-02202-MOB-MKM, ECF No. 146, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02202-MOB-MKM, ECF No. 121, Sealed Opinion and Order Denying Defendant Keihin North America's Motion to Dismiss

- 2:13-cv-02202-MOB-MKM, ECF No. 130, Answer and Affirmative Defenses of Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. to Dealership Plaintiffs' Consolidated Amended Class Action Complaint
- 2:13-cv-02202-MOB-MKM, ECF No. 136, Answer and Additional Defenses of Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc. and Hyundam Industrial Co., Ltd. to Dealership Consolidated Class Complaint
- 2:13-cv-02202-MOB-MKM, ECF No. 190, Automobile Dealership Plaintiffs' Brief in Opposition to Defendant Keihin Corporation's Motion to Dismiss the Dealership Consolidated Class Complaint
- 2:13-cv-02203-MOB-MKM, ECF No. 19, Consolidated Amended Class Action Complaint
- 2:13-cv-02203-MOB-MKM, ECF No. 28, Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02203-MOB-MKM, ECF No. 64, End-Payor and Automobile Dealer Plaintiffs' Memorandum of Law In Opposition to Mitsuba Corporation and American Mitsuba Corporation's Motion to Dismiss the Consolidated Class Action Complaints
- 2:13-cv-02203-MOB-MKM, ECF No. 124, End-Payor Plaintiffs' Brief in Opposition to Defendant Keihin Corporation's Motion to Dismiss the Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02203-MOB-MKM, ECF No. 136, Sealed Opinion and Order Denying Defendant Keihin North America's Motion to Dismiss
- 2:13-cv-02203-MOB-MKM, ECF No. 149, Answer and Affirmative Defenses of Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. to End-Payor Plaintiffs' Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02203-MOB-MKM, ECF No. 156, Answer and Additional Defenses of Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc. and Hyundam Industrial Co., Ltd. to End-Payor Plaintiffs' Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02203-MOB-MKM, ECF No. 167, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02203-MOB-MKM, ECF No. 177, Sealed Opinion and Order Denying Defendant Keihin Corporation's Motion to Dismiss
- 2:13-cv-02302-MOB-MKM, ECF No. 61, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02303-MOB-MKM, ECF No. 69, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02402-MOB-MKM, ECF No. 19, Consolidated Amended Class Action Complaint
- 2:13-cv-02402-MOB-MKM, ECF No. 27, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints

- 2:13-cv-02403-MOB-MKM, ECF No. 17, Consolidated Amended Class Action Complaint
- 2:13-cv-02403-MOB-MKM, ECF No. 29, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02500-MOB-MKM, ECF No. 51, Defendant Mikuni Corporation and Mikuni America Corporation's Motion to Dismiss the Consolidated Amended Complaints
- 2:13-cv-02502-MOB-MKM, ECF No. 22, Dealership Consolidated Class Complaint
- 2:13-cv-02502-MOB-MKM, ECF No. 32, Dealership Consolidated Class Complaint
- 2:13-cv-02502-MOB-MKM, ECF No. 110, Answer and Affirmative Defenses of Mitsubishi Electric Corporation and Mitsubishi Electric Automotive America, Inc. to Dealership Plaintiffs' Consolidated Amended Class Action Complaint
- 2:13-cv-02502-MOB-MKM, ECF No. 118, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02503-MOB-MKM, ECF No. 19, Consolidated Amended Class Action Complaint
- 2:13-cv-02503-MOB-MKM, ECF No. 30, Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02503-MOB-MKM, ECF No. 53, Second Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02503-MOB-MKM, ECF No. 104, Answer and Affirmative Defenses of Mitsubishi Electric Corporation and Mitsubishi Electric Automotive America, Inc. to End-Payor Plaintiffs' Second Corrected Consolidated Amended Class Action Complaint
- 2:13-cv-02503-MOB-MKM, ECF No. 109, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02702-MOB-MKM, ECF No. 27, Consolidated Amended Class Action Complaint
- 2:13-cv-02702-MOB-MKM, ECF No. 30, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02703-MOB-MKM, ECF No. 31, Consolidated Class Action Complaint
- 2:13-cv-02703-MOB-MKM, ECF No. 38, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02802-MOB-MKM, ECF No. 60, Exhibit A to Automobile Dealer Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:13-cv-02803-MOB-MKM, ECF No. 58, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints
- 2:14-cv-14721-MOB-MKM, ECF No. 5, Dealership Consolidated Class Complaint
- 2:15-cv-00707-MOB-MKM, ECF No. 14, Truck and Equipment Dealers First Amended Class Action Complaint
- 2:15-cv-03003-MOB-MKM, ECF No. 6, Declaration of Steven N. Williams In Support of End-Payor Plaintiffs' Notice of Motion and Motion to Consolidate Claims and Amend Complaints

- 2:15-cv-14096-MOB-MKM, ECF No. 27, Truck and Equipment Dealers First Amended Class Action Complaint
- 2:15-cv-11868-MOB-APP, ECF No. 2, Class Action Complaint for Damages and Injunctive Relief
- 2:15-cv-13465-MOB-MKM, ECF No. 2, Class Action Complaint for Damages and Injunctive Relief
- 2:16-cv-11804-MOB, MKM, ECF No. 2, Class Action Complaint for Damages and Injunctive Relief
- 2:16-cv-12194-MOB-MKM, ECF No. 2, Class Action Complaint for Damages and Injunctive Relief

Accordingly, Defendants respectfully request that this Court grant Defendants' motion and allow the limited portions of these documents that are the subject of the motion to remain under seal.

Respectfully submitted,

Dated: January 26, 2017

/s/ Steven F. Cherry

Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North Carolina Inc.*

Steven M. Zarowny
General Counsel

6

DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International America, Inc.*


/s/ Barry A. Pupkin (w/consent)
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc., and Hyundam Industrial Co., Ltd.*


/s/ Steve A. Reiss (w/consent)
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR RUSSELL & WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com

7

jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei*
*Corporation and Calsonic Kansei North*
*America, Inc.*


/s/ Ronald M. McMillan (w/consent)
John J. Eklund (OH 0010895)
Maura L. Hughes (OH 0061929)
Ronald M. McMillan (OH 0072437)
Alexander B. Reich (OH 0084869)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
rmcmillan@calfee.com
areich@calfee.com

*Counsel for Defendant Continental Automotive*
*Systems, Inc., Continental Automotive*
*Electronics, LLC and Continental Automotive*
*Korea Ltd.*


/s/ William M. Sullivan Jr. (w/consent)
William M. Sullivan Jr.
Michael L. Sibarium
Jeetander T. Dulani
Adya S. Baker
**PILLSBURY WINTHROP SHAW**
**PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com
adya.baker@pillsburylaw.com

*Counsel for Defendants Mikuni Corporation*
*and Mikuni America Corporation*


/s/ George A. Nicoud (w/consent)
George A. Nicoud III
Rachel S. Brass
Austin Schwing

8

Caeli A. Higney
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel.: (415) 393-8200
Fax: (415) 393-8306
TNicoud@gibsondunn.com
RBrass@gibsondunn.com
ASchwing@gibsondunn.com
CHigney@gibsondunn.com

*Counsel for Defendants Mitsuba Corporation*
*and American Mitsuba Corporation*


/s/ *Terrence J. Truax* (w/consent)
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
**ZAUSMER, AUGUST & CALDWELL, P.C.**
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com

*Counsel for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US Holdings,*
*Inc., and Mitsubishi Electric Automotive*
*America, Inc.*


/s/ *William L. Monts* (w/consent)
William L. Monts
Benjamin F. Holt
Meghan E.F. Rissmiller
**HOGAN LOVELLS US LLP**
555 Thirteenth St., NW
Washington, DC 20004-1109
(202) 637-5600
willam.monts@hoganlovells.com
benjamin.holt@hoganlovells.com
meghan.rissmiller@hoganlovells.com

9

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Lauren Park Drive
Suite 215
Livonia, MI 48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries, Ltd;*
*Mitsubishi Heavy Industries America, Inc.; and*
*Mitsubishi Heavy Industries Climate Control,*
*Inc.*


*/s/ Jeffrey L. Kessler* (w/consent)
Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t)
(212) 294-4700 (f)
JKessler@winston.com
PVictor@winston.com
EWCole@winston.com
JAmato@winston.com

Brandon Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
BDuke@winston.com

*Counsel for Defendants Panasonic Corporation*
*and Panasonic Corporation of North America*


*/s/ Marguerite M. Sullivan* (w/consent)
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

*/s/ Howard B. Iwrey* (w/consent)

10

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Toyo Denso Co., Ltd.
and Weastec, Inc.*

*/s/ Sheldon H. Klein* (w/consent)
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai
Rika Co., Ltd.*

*/s/ Brian Byrne* (w/consent)
Brian Byrne
Ryan M. Davis
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1850
Facsimile: (202) 974-1999
bbyrne@cgsh.com
rmdavis@cgsh.com

*/s/ Howard B. Iwrey* (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300

11

Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Valeo Japan Co., Ltd.,*
*Valeo Inc., Valeo Electrical Systems, Inc., and*
*Valeo Climate Control Corp.*


/s/ *John M. Majoras* (w/ consent)
John M. Majoras
Carmen G. McLean
Michael R. Shumaker
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com
mrshumaker@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendants Yazaki Corporation*
*and Yazaki North America, Inc.*

12

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |

| | |
|---|---|
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Automatic Transmission Fluid Warmers | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Ceramic Substrates | 2:16-cv-03800 |

This Document Relates to:
All Actions

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I caused the foregoing Defendants' Motion to

Seal (In Part) Certain Documents Filed Under Seal to be electronically filed with the Clerk of the

Court using the CM/ECF system, which will send notifications of such filings to all counsel of

record.

Dated:  January 26, 2017        By:  <u>/s/ Steven F. Cherry                     </u>
                                             Steven F. Cherry
                                             WILMER CUTLER PICKERING HALE
                                           AND DORR LLP
                                           1875 Pennsylvania Avenue, NW
                                           Washington, DC 20006
                                           Telephone: (202) 663-6000
                                           Facsimile: (202) 663-6363
                                           steven.cherry@wilmerhale.com